**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: April E. Seward, aka April Haskins | CHAPTER 13 |
| <u>Debtor</u> | BKY. NO. 12-10293 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Trust 2006-CF2 CS Mortgage Pass-Through Certificates, Series 2006-CF2, and index same on the master mailing list.

     Respectfully submitted,

**/s/Denise Carlon, Esquire**
Denise Carlon, Esquire
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734