UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: APRIL E. SEWARD

                                                       :      Chapter 13
                                                       :
        Debtor            :
                                                         :      BKY. No. 12-10293

**PRAECIPE TO CHANGE DEBTOR'S ADDRESS**

Debtor, April E. Seward, by her attorney, Jon M. Adelstein, Esq., respectfully represents that the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania change the address of the Debtor in the above case to 360 Logan Drive, Hatfield, PA 19440.

Dated: February 28, 2017

                                                    /s/Jon M. Adelstein
                                                    Jon M. Adelstein, Esq.
                                                    Adelstein & Kaliner, LLC
                                                    Penn's Court
                                                    350 S. Main Street, Suite 105
                                                    Doylestown, PA 18901
                                                    (215) 230-4250