Certificate Number: 02921-PAE-DE-029305544

Bankruptcy Case Number: 12-10293


02921-PAE-DE-029305544

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 23, 2017, at 8:05 o'clock PM EDT, April Seward completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 24, 2017          By: /s/Joan B Reading

                            Name: Joan B Reading

                            Title: President